The United States District Court
For The District Of Columbia

Barry B. Martin
1900 Massachusetts Avenue, SE
Petitioner
Karrick Hall, Build #17
Washington, DC 20003

V.

United States Of America,
U.S. Parole Commission
Parole Agency, CSOSA,
Re-entry + Sanction Center
Karrick Hall, Build #17
                Defendants,
                et. al.

Case No. _____

Case: 1:08-cv-00181
Assigned To : Robertson, James
Assign. Date : 1/30/2008
Description: Habeas Corpus/2255

## Writ Of Habeas Corpus

Comes Now, petitioner Barry B. Martin, pro sé Litigant, asking this honorable judge to grant this herein motion, under The United States Constitution, which guarantee's the Right to Redress an grievance for Relief pursuant to Article, 1, Of The United States Constitution.

RECEIVED
JAN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

On July 11th, 2007, I was arrested for violating the conditions of my parole and sent to D.C. Jail, for a probable cause hearing where there was probable cause and a Revocation hearing was scheduled for September 12th, 2007.

I was found guilty of § 28 C.F.R., Manual, 2.21-01 <u>Administrative Violation</u>, for not putting on the GPS tracking system, for monitoring sex offenders and parolee's who pose a threat to society and I was given 6 mons. for that infraction.

So my parole date was scheduled for January 9th, 2008, but on January 8th, 2008, I was informed my date was Rescind, by the unit team Mrs. Bright, from F.C.I. Cumberland, Cumberland, Md. 21501-1000, P.O. Box, 1000., this set-off was due to supposely an <u>Assessment</u>, but no one here seems to be aware of my true Reasons of being here. Since Arrival January 10th, 2008.

I was not violated for drug use nor substance abuse, but I am being confinded without any due process.

I'm Restricted from communicating through the telephone to my family support system and Relationship Supportiveness.

My Legal Rights are violated, cause there's nothing adequately available for any type of Ligitation.

(2)

my completion of Lemons, does not require any other collateral punishment that was not address within the framework of my violation nor mention by the Parole exmainer, Dr. Price, without due process is a violation, especially since no type of infraction has happend and there is a [Constitutional Limits] and it is the duty of the judiciary to insure that those limits are repected, United States V. Thompson, 452 f. 2d, 1333 (1971). (6) District of Columbia ⟶ 3 The Supreme Court in considering the applicability of due process standards to parole Revocations declared that procedural protection are due when "an individual will be condemned to suffer grievous Loss"; Morrissey V. Brewer, 408 U.S. 471, 481, 92 S. Ct. 2593, 2600, 33 L. Ed. 2d 484 (1972). This is a violation of petitioners, Fourteenth Amendment to The United States Constitution.

Which is Barry B. Martin's Liberty interest and being sent to this facility is [Double Jeopardy], punished twice without proper cause and there's no reason to deprive petitioner again, by sending him to another program for any unreasonable procedure, would deprive petitioners Fifth Amendment, without due process, Sexton V. United States, 352 F. Supp. 147 (1972). U.S.C.A. Const. Amend 5. Constitutional Law ⚿ 255(1) (3)

When a person's Liberty is at stake, the Constitution requires that there be accurate fact finding and fair procedures. Constitutional Law 272. A prospective parolee who has been approved for parole enjoys a status as important as those suffering economic deprivation and is entitled to minimal, due process safeguards before rescission of his parole U.S.C.A. Const. Amend. 5.

The United States Parole Commission and it's agencies refuse to follow their on Rules, Procedures or Policies, violates petitioners Equal Protection Clause of the Constitution. "An agency abuses it's discretion if it fails to follow its own Regulations and procedures" Furnari V. Warden, 218 F. 3d 250, 257-58 (3rd Cir. 2000) (quoting Moret V. Karn, 746 F. 2d 989, 992 (3rd Cir. 1984).

This unusal deprivation of Liberty by the Parole Commission or those agencies where petitioner is being Restrainted by these officers is a deliberate indifference to the "unjustified deprivation of a [prisoner's] Liberty" can constitute an Eighth Amendment violation, Sample V. Diecks, 885 F. 2d, 1099, 1109-1110 (3rd Cir. 1989) see also, Moore V. Tartler, 986 F. 2d 682, 686 (3rd Cir. 1993). (Incarceration without penological justification can constitute Eighth Amendment violation); Haygood V. Younger, 769 F. 2d, 1350, 1354 (9th Cir 1985).

(4)

(deliberate indifference to a prisoner's [parolee's] detention beyond the termination of his sentence or parole violation sanction constituted cruel and unusual punishment).

On January 13th, 2008, at or around 7:00pm I'd spoken with Program Director of Re-entry and Sanction Center Ph.D., James R. Lanier, about why am I here, if I had not abused any substances and I'd finished my 6 mons. infraction of refusing G.P.S. installation and he said, "The Parole Commission and CSOSA are using past criminal attitude to violate a **PERSONS** Rights, Liberty into this program without justification nor jurisdiction, interpretating [Collateral Punishment]" for all prisoner's and parolee's who violate the smallest infraction are subject to this persuasive punishment, psychological confindment with restrains of a recommendation of intent, drug treatment or incarceration if some one writes noncompliance for an infraction or poor attitude while in this program, what requires this type of Liberty Restraint without any due process. Not even, Legal access is a violation and this program does not require any assistance for that to be provided through this institution, cause this is a treatment center and that is not allowed even if your Rights are violated, I can not sight cases due to the Rules and procedure or policy that do not allow us to study or work on Legal material.

(5)

(Relief)

① I ask, for Legal Representation?

② I ask, that an injunction be place against this Re-entry & Sanction facility, to not place me into another program without adequate, justified cause for some type of infraction and not past "Collateral Punishment"?

③ I ask, for an injunction against CSOSA and the U.S. Parole Commission from any Retaliating of sending me to another program without probable cause?

④ I ask, for placement with my Lady and children if these agencies are against my placement in society? Ms. Helena Claybrook, 2014 Maryland Ave. #104 N.E. Washington, D.C. 20002, (202)629-3596 Business Line (202)629-3597

⑤ I ask, that this case be heard by and Ligitated in this court who has jurisdiction.

I certify that I am the person and this foregoing is true, to the best of my knowledge.

Mr. Barry B. Martin
1-14-08

A - Exhibits in support of Motion

(1). BP-S522.051 Supervision Release Plan CDFRM form, submitted to CSOSA and Parole Commission, since there was not any order Recommending further placement on the Notice of Action Sheet.

(2). Submitted November 26th, 2007, by unit team where I was housed FCI, Bureau of Prison Cumberland, Md. [C-1 Unit].

(3). It's clearly stated my Release date 1-9-08 January 9th, 2008

(4). My place of Residence, 2118 13th St, S.E. with my sister Ms. Carolyn Payne. (cell) (202) 367-8565
Hom (202) 758-2555

(5). Remarks, Inmate Martin, will not be referred for Residential Re-entry Center (RRC) placement. He arrived at this facility on 11-16-2007 and has a Release date of 1-9-08. His parole supervision will expire on 02-01-2031

BP-S522.051 **SUPERVISION RELEASE PLAN** CDFRM                                    Sep. 99
U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Institution Name: FCI Cumberland<br>Address: 14601 Burbridge Road, SE<br>Cumberland, Maryland 21502<br>Phone Number: (301) 784-1000 | Date:<br><br>November 26, 2007 |

Federal Bureau of Prisons
U. S. Department of Justice
Washington, D.C.

Gentlemen:

Under the law I become eligible for   ☐ Supervised Release
**RELEASE**                            **X PAROLE**           on January 9, 2008.
                                       ☐ Mandatory Release           (date)

In accordance therewith I submit the following as my plans for the service of the remainder of my sentence under supervision. Pursuant to my sentence, I must report in person to the United States Probation Office within 72 hours of my release.

**RESIDENCE**
Address: 2118 13th Street SE, Washington, DC 20020

With Whom: Carolyn Payne

Relationship: Sister

Telephone Number: 202-758-2555 (Home) / 202-367-8565 (Cellphone)

**EMPLOYER**
Name: To be obtained in concrete/rubber finisher/electrical work.

Address: N/A.

Telephone Number: N/A.

Nature of Business: N/A.

| TO BE COMPLETED BY INSTITUTION STAFF | |
|---|---|
| **SENTENCING DISTRICT** | District of Columbia, Superior Court |
| **DETAINERS** | None |
| **SPECIAL CONDITIONS** | Special Drug & Alcohol Aftercare conditions<br>Global Positioning System<br>Sex Offender Aftercare<br>Annual Polygraph examination<br>No contact or communication with the victim of your offense |
| **REMARKS** | Inmate Martin will not be referred for a Residential Reentry Center (RRC) placement. He arrived at this facility on 11-16-2007 and has a release date of 01-09-2008. His parole supervision will expire on 02-01-2031. |

08 0181
FILED
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Printed Name and Signature of Inmate:<br>Barry B. Martin / [signature] | Register No.:<br>08604-000 |
| Witness (Case Manager) Printed Name and Signature:<br>M. J. Bright/ [signature] | Date:<br>11-26-2007 |
| Review (Unit Manager) Printed Name and Signature:<br>P. J. Stevens/ [signature] | Date:<br>11-26-2007 |

This form is to be completed by all individuals subject to supervision by the U.S. Probation Office. This includes Supervised Release, Parole, Mandatory Release, Mandatory Release to Special Parole, Special Parole and Court Designated Parole.
Record Copy - Institution; Copy - U.S. Probation Office; Copy - Inmate

*SENSITIVE: LIMITED OFFICIAL USE ONLY*

## B- Exhibit's in Support of Motion

(1) 1-10-08, at 09:49, The U.S. Parole Commission fax 1 of 2 pg.; Notice of Action, dated January 9th, 2008.

(2) Re-open and add the Re-entry and Sanction Center placement condition. [No change in parole effective date of/1-9-08].

(3) In addition, you shall Reside in and participate in a program of the Re-Entry and Sanction Center until discharged by the Center Director.

## C- Exhibit's in Support of Motion

(1) of pg. 2, <u>Reasons</u>:

The Commission has determined, based upon a Request from the Supervising Officer that the Re-entry and Sanction Center placement [be added as a special condition] because the condition would allow the subject to be assessed and address a history of substance abuse. [The Above Decision is Not Appealable].

B-Exhibit's in Support of Motion

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

---

Name: Martin, Barry                             Institution:   Cumberland FCI
Register Number: 08604-000
DCDC No: 213-260                                Date:          January 9, 2008

---

In the case of the above-named, the Commission orders pursuant to 28 C.F.R. §2.85:

Reopen and add the Reentry and Sanction Center placement condition. No change in parole effective date of 1/9/08.

**With the special condition(s) as indicated below:**

In addition, you shall reside in and participate in a program of the Re-Entry and Sanctions Center until discharged by the Center Director.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall be subject to the Global Positioning Systems monitoring inclusive of a curfew and/or exclusion zones as determined by your Supervision Officer.

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

In addition, you shall be subject to the highest level of supervision.

In addition, you shall be subject to an annual polygraph examination.

In addition, you shall not have any contact or communication with the victim of your offense.

---

Martin 08604-000                                -1-                         Clerk: OMG
Queued: 01-09-2008 15:23:53 BOP-Cumberland FCI |

01/10/08 Case 1:08-cv-00181-JR Document 1 Filed 01/30/2008 Page 11 of 16 ☒002
01/10/08 08:39 FAX 3017841570 FCI CUMBERLAND-ISM

USPC                    1/9/2008    10:03    PAGE 2/2    Fax Server

C - Exhibits in support of Motion

**REASONS**:

The Commission has determined, based upon a request from the Supervising Officer that the Reentry and Sanction Center placement be added as a special condition because the condition would allow the subject to be assessed and address a history of substance abuse.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:
CSOSA
300 Indiana Avenue, N.W., Suite 2070
Washington, D.C. 20001



D- Exhibit's in Support of Motion

(1) Memorandum

(2) Parole Certificate: date January 9th, 2008
   Barry, Martin
   Reg. No. 08604-000
   DCDC No. 213-260

(3) From, U.S. Parole Commission: Case Analyst Jequan S. Jackson

E (a,b) - Exhibit's in Support of Motion

(1) Special Conditions of Certificate of Parole

(2) Witness: David Holler CSW    [January 10th, 2008].

(3) The above-named inmate was Released on the 9th day of January, 2008    Signature: Baney
[Official Certifying Release]

D-Exhibit's

# Memorandum

| Subject | Date |
|---|---|
| PAROLE CERTIFICATE<br>Martin, Barry<br>Reg. No. 08604-000<br>DCDC No. 213-260 | January 9, 2008 |

| To | From |
|---|---|
| Case Manager<br>Cumberland FCI<br>14601 Burbridge Road, S.E.<br>Cumberland, MD 21502 | Jequan S. Jackson<br>Case Analyst<br>U.S. Parole Commission |

Attached is the Parole Certificate for the above-named. Please execute the Certificate, make a copy for the inmate, a copy for your file, and return the executed original to the Commission at the following address:

5550 Friendship Boulevard
Suite 420
Chevy Chase, MD 20815-7286

If you have any questions, please contact this office at (301) 492-5821. Thank you for your continued cooperation.

Attachment

cc:   CSS Data Management Group
      D.C. Court Services & Offender
       Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

JSJ

E-Exhibit's (a)

## U.S. Department of Justice
### United States Parole Commission

### CERTIFICATE OF PAROLE
District of Columbia Offender

Having determined that (1) Martin, Barry, Register No. 08604-000, (DCDC No. 213-260) (the "inmate") is eligible for parole; (2) there is a reasonable probability that the inmate will live and remain at liberty without violating the law; and (3) the inmate's release is not incompatible with the welfare of society, the United States Parole Commission (the "Commission") ORDERS that the inmate be paroled on January 9, 2008 and remain under parole supervision through February 1, 2031. The conditions listed in this certificate apply during the inmate's parole supervision.

Given under the hand and the seal of the Commission on January 9, 2008.

UNITED STATES PAROLE COMMISSION

By Jequan S. Jackson, Case Analyst

Docket/Case Number: F-4579-84CEFH

### Acknowledgement of Release Conditions

I have read, or had read to me, the conditions that are listed on this CERTIFICATE OF PAROLE. I have received a copy of this CERTIFICATE OF PAROLE. I fully understand the conditions that have been imposed upon me and know that if I violate any of these conditions I may be sent back to prison.

### Consent to the Disclosure of Drug/Alcohol Treatment Information

By signing this CERTIFICATE OF PAROLE, I consent to unrestricted communication between any facility administering a drug or alcohol treatment program in which I am or will be participating, on the one hand, and the Commission and the office responsible for supervising me, on the other hand. I consent to disclosure by such facility to the Commission and the office responsible for supervising me of any information requested related to my supervision, and the disclosure by the Commission and the office supervising me to any agency that requires such information for the performance of an official duty. This consent is irrevocable until the end of parole supervision.

Barry Martin/ _____Name_____   CSW
Witnessed: David Holler/ _____Name and Title_____

DCDC No. 213-260

Date January 10, 2008

The above-named inmate was released on the ___9th___ day of ___January___, 20__08__ with a total of ~~days remaining to be served~~. 8424 days remaining to be served.

_____Official Certifying Release_____

Queued: 01-09-2008 16:48:14 BOP-Cumberland FCI |

E-Exhibit's (b)

## SPECIAL CONDITIONS

In addition, you shall reside in and participate in a program of the Re-Entry and Sanctions Center until discharged by the Center Director.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall be subject to the Global Positioning Systems monitoring inclusive of a curfew and/or exclusion zones as determined by your Supervision Officer.

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

In addition, you shall be subject to the highest level of supervision.

In addition, you shall be subject to an annual polygraph examination.

In addition, you shall not have any contact or communication with the victim of your offense.

This CERTIFICATE OF PAROLE becomes effective on the day of release set forth above, after you sign this certificate. If you fail to comply with any of the conditions, you may be summoned to a hearing, or retaken on a warrant and reimprisoned pending a hearing to determine if your parole should be revoked.

## GENERAL CONDITIONS

1. A. You must go directly to Washington, D.C. and appear in person at the Intake Office of the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA), 300 Indiana Avenue, N.W., Washington, D.C. 20001. If you are unable to appear in person at that office within three days of release, you must appear in person at the United States Probation Office nearest to you and follow the instructions of the duty officer.
   B. If you are not released to the community after your parole, you must follow the instructions in 1.A. above when you are released to the community.
2. You must not leave the Washington, D.C. metropolitan area without the written permission of the officer supervising you. The Washington, D.C. metropolitan area consists of the District of Columbia, Prince Georges and Montgomery Counties in Maryland, Arlington and Fairfax Counties in Virginia, and the Cities of Alexandria, Fairfax, and Falls Church in Virginia. For the purpose of applying all conditions of release, "the officer supervising you" includes any supervision officer assisting, substituting for, or acting on behalf of the officer assigned to your supervision.
3. You must, between the first and third day of each month, make a written report to the officer supervising you. In addition, you must meet with the officer supervising you at such times and in such a manner as that officer directs, and provide such information as that officer requests. All information that you provide to the officer supervising you must be complete and truthful.
4. You must notify the officer supervising you within two days of (A) an arrest or questioning by a law-enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5. You must permit the officer supervising you to visit your place of residence and your place of business or employment.
6. You must permit the officer supervising you to confiscate any material that officer believes may be contraband and that is in plain view in your possession or in plain view in your residence, place of business or employment, and vehicle.
7. You must submit to a drug or alcohol test whenever ordered to do so by the officer supervising you.
8. You must not violate any law, and must not associate with someone else who is violating any law.
9. You must not possess a dangerous weapon, which includes ammunition.
10. You must not drink alcohol to excess and must not illegally use or possess a controlled substance. You must not frequent a place where you know a controlled substance is illegally used or distributed.
11. You must not associate with a person who has a criminal record without permission from the officer supervising you.
12. You must not enter into an agreement to act as an informant or undercover agent for a law-enforcement agency without permission from the Commission.
13. You must make a diligent effort to work regularly unless excused by the officer supervising you, and to support any legal dependent.
14. You must make a diligent effort to satisfy any fine, restitution order, court costs or assessment, or child-support or alimony payment to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by the officer supervising you. If you are unable to pay such a financial obligation in one sum, you must cooperate with the officer supervising you to establish an installment-payment schedule.
15. If you are being paroled from a sentence imposed following conviction of a domestic-violence crime, and that conviction is your first conviction for such a crime, you must, as directed by the officer supervising you, attend an approved offender-rehabilitation program if such a program is readily available within a 50-mile radius of your residence.
16. If you are required by law to report and register as a sex-offender, you must comply with that law.
17. You must provide a DNA sample if the officer supervising you determines that collection of such sample is required by law.
18. You must participate in an Employment Readiness Program if so directed by the officer supervising you.
19. If you are being supervised by CSOSA, you must submit to the sanctions imposed by the officer supervising you within the limits established by an approved schedule of graduated sanctions.
20. If so directed by the officer supervising you, you must notify a person of your criminal history or characteristics to inform that person of a risk of harm.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

BARRY D. MARTIN

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE

**DEFENDANTS**

USA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Case: 1:08-cv-00181
Assigned To : Robertson, James
Assign. Date : 1/30/2008
Description: Habeas Corpus/2255

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZEN** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A.** *Antitrust*

☐ 410 Antitrust

**☐ B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E.** *General Civil (Other)* **OR** **☐ F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— ⓪ —

| ☒ G. *Habeas Corpus/ 2255*<br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241 Habeas Corpus

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 1/30/08   SIGNATURE OF ATTORNEY OF RECORD _NCD_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.