United States District Court
for The District of Columbia

RECEIVED
FEB 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Barry B. Martin
    Petitioner,

Case No. 080181

V.

United States Of America
Et. al,
    Defendants,

Request Change of Address,

Forward my mail 2014 Maryland Ave, N.E. #104, Washington, D.C. 20002