THE UNITED STATES DISTRICT COURT
for THE DISTRICT OF COLUMBIA

Barry B. Martin,
    Petitioner

V.                                    Case No #080181 JR

United States Of America
U.S. Parole Commission
Parole Agency, CSOSA's
Mr. Paul Brenan,
Ms. Lavetta Crawford
                Et, al.

# MOTION TO Amendmend for Injunctive Relief A [TRO]

RECEIVED
FEB 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion To Amendement for Injunctive Relief

Exhibit's A, B, C, D, E(a), E(b), F, in support of Motion that was filed, Reason:

Since being discharged from The Re-entry and Sanction Center, 1900 Massachusetts Ave, S.E. Wash, D.C. [Karrick Hall, Building #17] to my Parole Officer Ms. Lavetta Crawford and her Supervisor: Paul Brenan, team #13, 300 Indiana Ave, N.W. Room 2002, Washington D.C. 20001, February 12th, 2008 around 11:00 AM, to discuss my parole and where I would be residing upon my meeting with them, it was, that I reside at a shelter again because Mr. Paul Brenan, felt that he should order me not to reside with my Lady and children nor any family members who have children, because he has the authority to implement these condition without

①

any [approval] from the Parole Commission and I feel this is Retaliatory, unjustified, Cruel unusual punishment, by suffering irrepairable abuse of authority, when Mr. Paul Brenan, acted erroneously without consent from The Parole Commission, violated my Rights, Liberty and freedom, by condemning me to this type of Punishment, since The Parole Commission never stated this to added again in these Exhibit's, D, E,(a), E(b), F and on February 12th, 2008, these Exhibit's, A, B, Mr. Paul Brenan, tried to get me too agree, but I Rebutted and object in writing in Exhibit's, B, C, which is my Rights, so I ask for this [TRO] based on my original motion for Relief, for placement with my supportive partner and

(2)

Children, 2014 Maryland Ave. N.E. #104 Washington, D.C. 20002 (202) 629-3596 or 97. (Home / Business)

If Not, this places me homeless and highly disadvantage of a nomah life and there is other documents to prove my claim, but I believe [appointment of Counsel] would litigate this Deprivation of Rights more effectively, 18 USCS 241 Conspiracy against Rights of Citizens, and 18 USCS 242.

Attached is Exhibit's IN Support of this herein Motion for Relief

Mr. Bary Mart

2-13-08

(3)

**U.S. Department of Justice**
United States Parole Commission

Modification of Release Conditions

Bx Exhibit's

Name: Barry Martin                    Reg. No: 08604-000

To: United States Parole Commission                DCDC No: 213-260

It is recommended that the U.S. Parole Commission modify the conditions of release of the above-named person by the addition or revision set forth below. By copy of this proposal, NOTICE is hereby given to the releasee, who may object or comment to the Commission within ten days after he receives this NOTICE. If the Commission approves the proposed modification, it shall become effective not later than twenty-one days following the ten-day period referred to above.

*No Contact w/ minors unless approved by CSO and treatment Specialist (See Attached Memorandum)*

_____   2/12-08
Community Supervision Officer           Date

To Be Completed By Releasee:

_____   I hereby waive the ten-day waiting period and agree to the proposed modification of conditions.
(Initials)

BM     I object to the proposed modifications of conditions and my reasons are stated on the reverse side of
(Initials)    this form.

Mr. Barry Martin                         2/12/08
Releasee                                 Date

Instructions: Original of this form to U.S. Parole Commission; copy to releasee; copy retained by Supervision Officer. A Notice of Action will be sent to the Supervision Officer by the Commissioner, with a copy for the releasee.

U.S. Parole Commission Comments:




_____   The above modification/addition of release conditions is ordered to be effective immediately or effective
(Initials)   _____.
                  (date)

_____   The above modification/addition of release conditions is denied.
(Initials)

_____          _____
Commissioner                                Date

This information is being added from past fraudant documents from Mr. Kenneth Truitt, sex offender therapist, from Augustus Institute and Mr. Akil Walker, Supervisor, team 52, sex offender branch and I guess Mr. Akil Walter, still works for CSOSA and it's cruel punishment if I had not done anything, also Ms. Claybrooks showed up today and Mr. Paul Brennan, refused to allow Ms. Claybrooks into this meeting.

I demand justice and this mess cleared up as soon as possible and Mr. Kennth Truitt discharged me Jan 30th 2002, so he lied to creat this child story.

**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*

A-Exhibit's

## NO CONTACT WITH MINORS CONTRACT
(DEFINITION OF TERMS REGARDING CONTACT WITH MINORS for SEX OFFENDERS)

### A MINOR:

☐ Anyone under 18 years of age.
☑ Anyone under 16 years of age.

### NO CONTACT CONDITION:

**DEFINITION: Absolutely no contact or interaction with a minor or minors under any circumstances unless pre-approved by the Court/US Parole Commission (USPC).**

This means:

- **No physical touching** of any part of a minor's body with any part of your body either by force or consent (If there is accidental or unwanted touching by a minor you are required to report that to your CSO).
- **No communication** with a minor in any form to include **verbal** communication in person or over the phone, **written** correspondence by letter, over the Internet or email, or sending messages through a **third party** (i.e., friend, family member, etc.).
- **No close physical proximity** to a minor such as sitting/standing next to a minor on a public transportation system, engaging a minor selling a product or service at your home, entering a swimming pool where minors are present, working or volunteering in an environment where minors are present (i.e., school, residence, recreation center, church, athletic team, etc.), entering an establishment that specifically services minors (i.e., amusement parks, playgrounds, restaurants, daycare centers, arcades, movies, etc.).
- **You shall not be alone with any minor or minors for any amount of time under any circumstances** (You shall report any and all instances where you are alone with a minor that you consider to be unavoidable to your CSO.)
- Special Instructions (optional): *Refuse* [signature] 2/12/08

I have read the above and understand its contents. I understand that failure to comply with the stipulations listed in this document could result in adverse action against me to include revocation of my probation/parole. *Commission I request a hearing since the Commission did not add this as a condition.*

_____     _____
**Offender's Signature         / Date**           **CSO's Signature              / Date**

[signature]                         2/12/08
_____     / Date
**Paul S. Brennan, (202) 585-7487**
**Supervisory CSO**

Copies to: Offender, File

Revised 4/2/03

*P-Exhibit's in support of motion*

# Memorandum



| Subject | Date |
|---|---|
| PAROLE CERTIFICATE<br>Martin, Barry<br>Reg. No. 08604-000<br>DCDC No. 213-260 | January 9, 2008 |

| To | From |
|---|---|
| Case Manager<br>Cumberland FCI<br>14601 Burbridge Road, S.E.<br>Cumberland, MD 21502 | Joquan S. Jackson<br>Case Analyst<br>U.S. Parole Commission |

Attached is the Parole Certificate for the above-named. Please execute the Certificate, make a copy for the inmate, a copy for your file, and return the executed original to the Commission at the following address:

    5550 Friendship Boulevard
    Suite 420
    Chevy Chase, MD 20815-7286

If you have any questions, please contact this office at (301) 492-5821. Thank you for your continued cooperation.

Attachment

cc:    CSS Data Management Group
      D.C. Court Services & Offender
        Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

JSJ

E-Exhibits (a)

## U.S. Department of Justice
## United States Parole Commission

### CERTIFICATE OF PAROLE
### District of Columbia Offender

Having determined that (1) Martin, Barry, Register No. 08604-000, (DCDC No. 213-260) (the "inmate") is eligible for parole; (2) there is a reasonable probability that the inmate will live and remain at liberty without violating the law; and (3) the inmate's release is not incompatible with the welfare of society, the United States Parole Commission (the "Commission") ORDERS that the inmate be paroled on January 9, 2008 and remain under parole supervision through February 1, 2031. The conditions listed in this certificate apply during the inmate's parole supervision.

Given under the hand and the seal of the Commission on January 9, 2008.

UNITED STATES PAROLE COMMISSION

By: Jequan S. Jackson, Case Analyst

Docket/Case Number: F-4577-84CEFH

### Acknowledgement of Release Conditions

I have read, or had read to me, the conditions that are listed on this CERTIFICATE OF PAROLE. I have received a copy of this CERTIFICATE OF PAROLE and I fully understand the conditions that have been imposed upon me and know that for violation of those conditions I may be sent back to prison.

### Consent to the Disclosure of Drug/Alcohol Treatment Information

By signing this CERTIFICATE OF PAROLE, I consent to unrestricted communication between any facility administering a drug or alcohol treatment program in which I am or will be participating, on the one hand, and the Commission and the office responsible for supervising me, on the other hand. I consent to disclosure by such facility to the Commission and the office responsible for supervising me of any information requested related to my supervision, and the disclosure by the Commission and the office supervising me to any agency that requires such information in the performance of an official duty. This consent is irrevocable until the end of parole supervision.

Barry Martin/ _____    213-260
                Name                          DCDC No.
        CSW
Witnessed: David Holler/ _____    January 10, 2008
              Name and Title                      Date

The above-named inmate was released on the 9th day of January, 20 08, with a total of ~~days remaining to be served.~~
8424 days remaining to be served.

_____
Official Certifying Release

E-Exhibit's (b)

## SPECIAL CONDITIONS

In addition, you shall reside in and participate in a program of the Re-Entry and Sanctions Center until discharged by the Center Director.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall be subject to the Global Positioning Systems monitoring inclusive of a curfew and/or exclusion zones as determined by your Supervision Officer.

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

In addition, you shall be subject to the highest level of supervision.

In addition, you shall be subject to an annual polygraph examination.

In addition, you shall not have any contact or communication with the victim of your offense.

*F- Exhibits in Support of Motion*

This CERTIFICATE OF PAROLE becomes effective on the day of release set forth above, after you sign this certificate. If you fail to comply with any of the conditions, you may be summoned to a hearing, or retaken on a warrant and reimprisoned pending a hearing, to determine if your parole should be revoked.

## GENERAL CONDITIONS

1. A. You must go directly to Washington, D.C. and appear in person at the Intake Office of the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA), 300 Indiana Avenue, N.W., Washington, D.C. 20001. If you are unable to appear in person at that office within three days of release, you must appear in person at the United States Probation Office nearest to you and follow the instructions of the duty officer.
   B. If you are not released to the community after your parole, you must follow the instructions in 1.A. above when you are released to the community.
2. You must not leave the Washington, D.C. metropolitan area without the written permission of the officer supervising you. The Washington, D.C. metropolitan area consists of the District of Columbia, Prince Georges and Montgomery Counties in Maryland, Arlington and Fairfax Counties in Virginia, and the Cities of Alexandria, Fairfax, and Falls Church in Virginia. For the purpose of applying all conditions of release, "the officer supervising you" includes any supervision officer assisting, substituting for, or acting on behalf of the officer assigned to your supervision.
3. You must, between the first and third day of each month, make a written report to the officer supervising you. In addition, you must meet with the officer supervising you at such times and in such a manner as that officer directs, and provide such information as that officer requests. All information that you provide to the officer supervising you must be complete and truthful.
4. You must notify the officer supervising you within two days of (A) an arrest or questioning by a law-enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5. You must permit the officer supervising you to visit your place of residence and your place of business or employment.
6. You must permit the officer supervising you to confiscate any material that officer believes may be contraband and that is in plain view in your possession or in your residence, place of business or employment, and vehicle.
7. You must submit to a drug or alcohol test whenever ordered to do so by the officer supervising you.
8. You must not violate any law, and must not associate with someone else who is violating any law.
9. You must not possess a dangerous weapon, which includes ammunition.
10. You must not drink alcohol to excess and must not illegally use or possess a controlled substance. You must not frequent a place where you know a controlled substance is illegally used or distributed.
11. You must not associate with a person who has a criminal record without permission from the officer supervising you.
12. You must not enter into an agreement to act as an informant or undercover agent for a law-enforcement agency without permission from the Commission.
13. You must make a diligent effort to work regularly unless excused by the officer supervising you, and to support any legal dependent.
14. You must make a diligent effort to satisfy any fine, restitution order, court costs or assessment, or child-support or alimony payment to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by the officer supervising you. If you are unable to pay such a financial obligation in one sum, you must cooperate with the officer supervising you to establish an installment-payment schedule.
15. If you are being paroled from a sentence imposed following conviction of a domestic-violence crime, and that conviction is your first conviction for such a crime, you must, as directed by the officer supervising you, attend an approved offender-rehabilitation program if such a program is readily available within a 50-mile radius of your residence.
16. If you are required by law to report and register as a sex-offender, you must comply with that law.
17. You must provide a DNA sample if the officer supervising you determines that collection of such sample is required by law.
18. You must participate in an Employment Readiness Program if so directed by the officer supervising you.
19. If you are being supervised by CSOSA, you must submit to the sanctions imposed by the officer supervising you within the limits established by an approved schedule of graduated sanctions.
20. If so directed by the officer supervising you, you must notify a person of your criminal history or characteristics to inform that person of a risk of harm.