THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Barry B. Martin
            Petitioner                    )
                                          )
        V.                                )
                                          )
UNITED STATES OF AMERICA                  )        Case No. #080181 JR
U.S. Parole Commission                    )
Parole Agency, CSOSA's                    )
Mr. Paul BRENNAN                          )
Ms. Lavetta Crawford                      )
            Defendants                    )
                    Et. al                )

Amendment To Motion
for Injunctive Relief A

[ TRO ]

RECEIVED

FEB 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes Now, petitioner Barry B. Martin, asking this herein Honorable Judge, to grant this herein Motion to Amend or add this herein New Found evidence, to support petitioners **claim** for Relief. Petitioner is still Requesting a [TRO] Rule 65, within (5) business days, seeking an immediate hearing in the above petition or herein grievence against the defendant's, et.al.

① Now, that petitioner has been Released from the Re-entry and Sanction Center, on February 12th, 2008, and forthwith by the Re-entry and Sanction Center employee to 300 Indiana Ave, N.W. Room 2002, Washington, D.C. 20001, Supervior Mr. Paul Brennan and parole officers cure Ms. Laretta Crawford, sex offender branch, team 13 # Room 2002, for instruction of parole condition, housing, sex offender Registery and what's to be expected of me while on parole.

② Supervior Mr. Paul Brennan and parole officer Laretta Crawford, tried to get me too sign B-Exhibit for modification of my parole conditions, because the Commission did not have these conditions on my parole Special conditions Certificate, E-Exhibit's (b).

③ Since petitioner contested the reverse side of Exhibit-B, transposed in Exhibit-C, petitioner objects and gives some idea of what caused this cruel punishment and why petitioner refused to agree with Mr. Paul Brennan and Ms. Lavetta Crawford, CSOSA's supervisor and parole officer Recommendation, to add these condition too petitioners parole and the parole commission Lifted those Restriction when petitioner had violated his parole for NONCOMPLIANCE of refusing G.P.S Installation, based on fraudulent, false allegations from Supervisor Mr. Akil Walker from team ⑤ sex offender branch and Mr. Kenneth Truitt, sex offender therapist from Augustus Institute in Exhibit's G, H, explaining that petitioner should not be around children due to some disclosure, that was never presented to this parole Commission [For investigation nor CSOSA and it's officials or parole officer conducted an inquiry] but using this fictitious area of conspiracy to violate petitioners Rights and Liberty interest, caused irrepairable injuries mentally, physical, socially and morally.

④ In Exhibit's, I @ 1, I (a) 2, clearly explains, Therapist from Augustus Institute, Mr. Kenneth Truitt, had discharge petitioner ④ years early but conteadict this those statements in Exhibit's G, H, that has cause such irrepairable injuries that petitioner is forced into a sheltee again because of the conspiracy through out CSOSA's Officals who abuse their authority beyond the scope of justice, but CORRUPTION.

ATTACHMents:

Exhibit's

IN GOD WE TRUST

Mr. Barry Martin

(3)



*Exhibit-G*

**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*
*Investigations, Diagnostics, and Evaluations*
*Transitional Intervention for Parole Supervision (TIPS)*
*Branch I- Team 50*

February 13, 2006

Walter Fulton, Program Manager
Central Treatment Facility
1901 E. Street SE
Washington, D.C. 20003

Subject: Martin, Barry
DCDC No.: 213-260
PDID No.: 337-813
Reg. No.: 08604-000
Release Method/Release Date: February 13, 2006 via Parole
Offense: Return DC Parole Violator
Original: Rape (2 Counts), Burglary and Robbery

Dear Mr. Fulton:

This officer received the release plan investigation for Inmate Martin on February 8, 2006. The plan indicated his intention to reside with his girlfriend, Daisy Brown, at 4628 5th Street NW, Washington, DC 20011 upon his release from custody. On February 10, 2006, Supervisory Community Supervision Officer Akil Walker of the Sex Offender Unit consulted with the inmate's prior Sex Offender Therapist Dr. Truitt to discuss information disclosed by the inmate regarding a prior relationship with a minor. Dr. Truitt advised SCSO Walker that the inmate should not be allowed to return to the residence based on the self-disclosed information shared and also the inmate's distorted thinking pattern. A written report from Dr. Truitt is forthcoming.

Based on the above mentioned information reported, as well as, two minor children residing in the residence and its closed proximity to an elementary school, this release plan is being denied. The inmate should submit an acceptable release plan for investigation. This new plan can be faxed directly to this officer at (202) 442-1597.

*In addition, this officer is requesting the USPC add the following special condition to his Notice of Action:

You shall not have any association or contact of any kind with minor children, whether in your residence, employment, social, or other activities, without the approval of your Supervision Officer.

If you have any questions or concerns, please feel free to contact me at (202) 442-1496.

Approved: _____

Elizabeth Powell, SCSO

Respectfully Submitted,

Marcia C. Freeman
Community Supervision Officer

Cc: *Joann Kelly, USPC
    Gerald Bowser, CDF

*800 North Capital St., NW, Suite 2600, Washington, DC 20002*
*Fax: (202) 442-1588 or 1591*

Ehibit-H

9 fed9
2-2-2007

# The Augustus Institute
## 3125 Mount Vernon Avenue
### Alexandria Va. 22305
### (703) 684-0373

February 13, 2006

A. Walker, SCSO
Court Services & Offender Supervision Agency
for the District of Columbia
300 Indiana Avenue, Room 2118
Washington, DC 20001

Re:    Barry Martin

Dear Mr. Walker:

This letter is to express concern about the prospect of Mr. Martin having care and supervision of a minor. Mr. Martin has not successfully completed sexual offender treatment and he continues to have a problem with drugs. He has relapsed several times on drugs and has not demonstrated that he can even care for himself not to mention a child.

Mr. Martin's risk of re-offending, sexually and/or socially, has not diminished. He continues to have difficulty using good judgment, making good decisions and controlling his impulses and urges. Additionally, he has not been able to avoid negative elements in the community.

Mr. Martin is not a person that would present as a good role model for a child. He should not be permitted to be involved in the supervision or care of a child until he has successfully completed sexual offender treatment. He must also demonstrate that he has control of his drug problem and has stabilized his own life in the community.

Please contact me at (443) 506-5808 if you have any questions about the content of this letter.

Respectfully,

Kenneth Truitt, LCSW-C
Group Therapist


Ehibits-I@ 1

# THE AUGUSTUS INSTITUTE

3125 MT. Vernon Avenue
Alexandria, VA  22305
(703) 684-0373

## Discharge Summary

January 30, 2002

Marietta Herndon, Probation Officer
Court Services and Offender Supervision Agency
for the District of Columbia
300 Indiana Avenue,  Room 2118
Washington, D.C.  20001

Re:    Barry Martin

Dear Ms. Herndon:

This letter is to advise that Mr. Martin completed sexual offender treatment with The Augustus Institute on January 18, 2002.  Mr. Martin faithfully attended weekly group therapy sessions.  He demonstrated an acceptable level of understanding regarding his deviant sexual behavior.  Mr. Martin identified the dynamics associated with his rape of an adult woman.  Mr. Martin understands that low self-esteem, distorted thinking, poor impulse control, repressed anger, difficulty controlling his sexual urges and alcohol misuse contributed to his criminal behavior.  Mr. Martin has improved his ability to manage his impulses, sexual urges and feelings.  He is more likely to talk about his feelings and not allow them to cause him to make poor decisions or act out destructively.  Mr. Martin feels better about himself and he uses pro-social means to maintain his self-esteem.  Mr. Martin has established healthy peer relationships and he has made some important life changes.  He has maintained steady employment, does not use drugs or alcohol and he has healthy relations with female peers.

Mr.  Martin does not project blame on the victim of his crime.  He has accepted full responsibility for his behavior.  Mr. Martin has worked through the anger he had toward his victim and he recognizes that she negatively affected her life.  He has developed an understanding about the confusion, helplessness, terror and shame that victims of rape experience.  Mr. Martin  has an adequate level of remorse, and empathy for his victim in particular, and all victims of sexual crimes in general.

Mr. Martin has not re-offended.  He understands the importance of avoiding high risk or lapse situations.  He can identify warning signs and triggers that would suggest he is at risk.  He has learned to utilize techniques and/or strategies to remove himself from high risk situations and to avoid re-offending.   Mr. Martin has learned how to solve non-sexual problems non-sexually.  He has developed the social and sexual skills to meet his needs in non-deviant ways.

Mr. Martin knows he is not cured. He has better control of his feelings, impulses and urges. He has the tools necessary to keep himself under control and avoid re-offending. Mr. Martin's risk of recidivism has been substantially reduced by his participation and completion of the program.

Warning signs that would suggest regression in Mr. Martin s' behavior include: low self-esteem, intense anger and stress, problematic relationship with a woman, depression, alcohol/drug misuse, job related problems, noncompliance and unemployment.

Please contact me at (443) 506-6015, if you have any questions about the content of this report.

Respectfully,

Kenneth Truitt, LCSW-C
Sexual Offender Group Therapist