THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Barry B. Martin
    Petitioner

CASE NO. 080181-JR

V.

UNITED STATES OF AMERICA
    Defendants, Et, aL.

MOTION FOR APPOINMENT
OF
COUNSEL

RECEIVED
MAR 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes Now, Petitioner Barry B. Martin, In the above litigation asking this honorable Judge to APPOINT, PETITIONER, LEGAL COUNSEL under TITLE 18 USC 3006 A. Adequate Representation of defendants or [PETITIONER] due to (C) is charged with a violation of Probation; [PAROLE]. (E) is charged with a violation of supervised release or faces modification, reduction, or enlargement of a condition, or extension or revocation of a term of supervised release. (H) is entitled to appointment of counsel under the sixth amendment to the Constitution. (I) faces loss of Liberty in a case and Federal Law requires the appointment of counsel; or (J) is entitled to the appointment of counsel under section 4109 of this title.

IN GOD WE TRUST,
Mr. Barry Martin

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Barry B. Martin,
        Petitioner

V.                                          Case No. 080181-JR

UNITED STATES OF AMERICA
U.S. Parole Commission
Parole Agency, CSOSA
Mr. Paul Brenanon
Mr. Anthony Hinton
        Defendants, et, al.


ORDER APPOINTING COUNSEL

# ORDER APPOINTING COUNSEL

Upon consideration of the petition filed herein on the _____ day of _____, 200\_\_, it is by the Court this _____ day of _____

ORDERED, that _____ is appointed counsel for _____ the subject of the above proceeding. The counsel shall have access to any past or current documents from CSOSA, Mental Health, Agencies Contract by CSOSA, Psychological, Augustus Institute, Re-entry and Sanction Center or Revocation tapes, Records and Criminal Records that assess or evaluation, any polygraph examination or test graphics of the subject (etc).

That mite have been peeform by Haith + Associates, president: Edward Haith Jr. Polygraph Services March 30th 2007.

Counsel shall peeform duties set forth in Title 18 USC 3006A and under the UNITED STATES Constitution, Responsbilities under the SIXTH Amendment, to investigate adequately and filing of MOTIONS (etc). Since petitioner is financially unable to pay for legal assistance, it is the prays of this herein court to grant this MOTION on those facts.

_____

JUDGE