UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARRY B. MARTIN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 08-0181 (JR) |
| | : | |
| UNITED STATES OF AMERICA *et al.*, | : | |
| | : | |
| Respondents. | : | |

ORDER

Plaintiff moves for the appointment of counsel in this habeas corpus action. Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness.[1] *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*. Having considered the motion in light of the factors set forth in Local Civil Rule 83.11, the Court finds the appointment of counsel unwarranted. Accordingly, it is

---

[1] Although plaintiff seeks representation under 18 U.S.C. § 3006A, that provision applies to criminal proceedings and actions properly brought under 28 U.S.C. §§ 2254, 2255.

**ORDERED** that plaintiff's motion for appointment of counsel [Dkt. No. 11] is **DENIED**.


JAMES ROBERTSON
United States District Judge