UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Barry Bernard Martin
_____
Plaintiff

vs.                           Civil Action No. 08-0181 (JR)

UNITED STATES OF AMERICA Et aL,
_____
Defendant

NOTICE OF APPEAL

Notice is hereby given this 14th day of April, 2008, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 1th day of April, 2008

in favor of DEFENDANT

against said PLAINTIFF

Mr. Barry B. Martin
_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated: T. ANTHONY QUINN
Assistant United States Attorney
555 Fourth Street, N.W.
Special Proceeding Division, Room 10-909
Washington, D.C. 20530

RECEIVED APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT