"Without Prejudice"
UCC 1-207
Muhammad Rashid
Inpropia Personam
2210 Adams Place N.E.
Washidngton,D.C.
20018

US DISTRICT
BANKRUPTCY COURT

2008 AUG 28 PM 2:20

RECEIVED

8/29/08
Let him be plcd,
Roberts
USDJ

Barry B. Martin,

        Plaintiff,

vs.

United States Government,

        Defendant

Amended case number
Case No.:1984-Fel.-4577
08CV181 Judge Robertson J.R
Demand for Instant Writ of Habeas
Corpus Relief

    Sovereign Attorney at Fact and Counselor Muhammad Rashid ,for the plaintiff States that there exists no legal jurisdiction of the inferior court over plaintiff and the seizure of plaintiff Wednesday August 13, 2008, by federal marshals under color of law was a human, spiritual, and constitutional violation of plaintiff and further more the 1st Amendment serves as a legal bar, injunction, and prohibition against the seizure the basis of which was selective law enforcement and selective prosecution initiated by a Paul Brennan, parole officer for CSOSA

    The power of the Supreme Court to award writs of Habeas Corpus is conferred especially on the court by the 14th Amendment section of the Judicial Act , and has been repeatedly exercised . No doubt exists respecting the power. No law of the United States prescribes the cases in which this great writ shall be issued , nor the power of the court over the party

Order for Habeas Corpus Relief of a Sovereign Inhabitant

1 brought up by it .The term used in the constitution is one which is well
2 understood , and the Judicial authorizes the court, all other courts of the
3 United States and the judges thereof to issue the Writ, "for the purpose of
4 enquiring into the cause of commitment" Ex parte Tobias Watkins , 3 Peters,
5 201.
6     As the jurisdiction of the Supreme Court is Appellate through Thee Bill
7 of Rights the sovereign inhabitant has a constitutional right to appeal to a
8 non inferior forum through the 1st of Thee Bill of Rights for redress of
9 grievances whether the grievance was at agency or judicial level, and to the
10 Supreme Court as well as the inferior courts when it is clear that the
11 plaintiff as well as his legal counselor realize that the seizure was under
12 the color of law and the corporate entity has no right to abridge rights and
13 privileges that was antecedent to him before the creation of the states as
14 well as the privileges and immunities guaranteed to the republic of these
15 united States which extends these privileges and immunities to the alien and
16 criminals who seek asylum here as guaranteed by the Articles of
17 Confederation. When these rights are declared no court has the right to
18 impinge and or impugn the facial clarity of the natural law , the uniform
19 commercial code , and the constitution. The constitution is based first and
20 foremost on its belief in the divine supreme being and is recognized as the
21 supreme law of the land because it is inclusive of the law of Moses and the
22 Holy Qur an , as well. It is the moral, legal, and ordered responsibility of
23 the court to grant this writ and free the sovereign plaintiff who demands
24 that his common law rights are construed in harmony with UCC 1-207 and that
25 the prejudicial moves by the various agencies of the government unfettered

discretion and critical leaps to destructive actions which has caused mental, physical, and spiritual harm to family members , friends , business relationship, marital relations with it's extenuating circumstances, loss of resources , loss of credibility, loss of reliance, loss of trust, revived damage to reputation and honor and undue stress and duress which is unconstitutional under the circumstances.

The act of Congress authorizing the Writ of habeas corpus to be issued " for the purpose of enquiring into the cause of commitment" applies as well to cases of commitment under civil as those of criminal process. See **Chief Justice Marshall, 2 Brocken C.C.R. 232.  United States v. French, 1 Gallis"s C.C.R. 2.  Holmes v. Jennison, Governor of the State of Vermont, 14 Peters, 540.** Plaintiff through his counselor is moving for instant Writ of Execution because of the fundamental rights and privileges of plaintiff being violated by government agents and must be circumvented in a expeditious manner as though he was a honorable judge or member of congress.

Plaintiff through his counselor moves this legally constituted forum for immediate relief from this undue hardship.

Order for Habeas Corpus Relief of a Sovereign Inhabitant

```
                              1
                              2
                              3
                              4
                              5
                              6
                              7
                              8
                              9
                             10
                             11
                             12
                             13
                             14
                             15
                             16
                             17
                             18
                             19
                             20
                             21
                             22
                             23
                             24
                             25
```

Dated this 15th day of August, 2008
"Without Prejudice"
UCC 1-207

*Muhammad Rashid* (signature)

"Without Prejudice"
UCC 1-207
Muhammad Rashid
Inpropia Personam
2210 Adams Place N.E.
Washidngton, D.C.
20018

Order for Habeas Corpus Relief of a Sovereign Inhabitant