CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

MUHAMMAD RASHID
2210 ADAMS PLACE, N.E.
WASHINGTON, DC 20018

NIXIE    208    DC 1    00  08/26/08
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 20001289999    *0731-04373-26-47

UNITED STATES POSTAGE
$ 00.59°
PITNEY BOWES
02 1A
0004634648
AUG 21 2008
MAILED FROM ZIP CODE 20001

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

AUG 28 2008