UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARRY B. MARTIN,                  :
                                  :
        Petitioner,               :
                                  :
     v.                           :   Civil Action No. 08-0181 (JR)
                                  :
UNITED STATES OF AMERICA, *et     :
al.*,                             :
                                  :
        Respondents.              :

### ORDER

It is by the Court <u>sua sponte</u> **ORDERED** that the "demand for instant habeas corpus relief" filed by Muhammad Rashid, who is not a member of the Bar of this Court and has no demonstrated connection with or authority from the petitioner, is **stricken from the record.** It is

**FURTHER ORDERED** that the Government file a supplemental response to Barry B. Martin's original habeas petition, setting forth Mr. Martin's present situation. The government's 4/10/08 opposition [13] recites Mr. Martin's "release" from the RSC on 2/12/08 [13 at p. 3], citing to an exhibit [Ex 9] that, without explanation, is meaningless. The Court had been under the impression that Mr. Martin, having been released, presented a low-priority habeas question. But Mr. Rashid's (now stricken) "demand for instant habeas corpus relief" suggests that

Mr. Martin is in fact in custody.  The record needs clarification.


                                          JAMES ROBERTSON
                            United States District Judge