UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARRY B. MARTIN,** : | |
|     **Petitioner** : | |
| : | |
| **v.** : | Civil Action No. 08-181 (JR) |
| : | |
| **UNITED STATES OF AMERICA, <u>et al.</u>,** : | |
|     **Respondents** : | |

### SUPPLEMENTAL RESPONSE TO PETITIONER'S
### PETITION FOR A WRIT OF HABEAS CORPUS

The federal respondents, by and through their attorney, the United States Attorney for the District of Columbia, pursuant to the Court's September 3, 2008 Order, respectfully files this Supplemental Response to he petitioner's <u>pro se</u> Petition for a Writ of Habeas Corpus.

The Court ordered "that the Government file a supplemental response to Barry B. Martin's original habeas petition, setting forth Mr. Martin's present situation."

Based upon information received from a criminal records check and from Supervision CSO Timothy Brown of Court Services and Offender Supervision Agency (CSOSA):

1.    Petitioner was paroled in Superior Court Criminal Case No. F-4577-84, on January 9, 2008, to remain under supervision until February 1, 2031.  Thus, petitioner remains on parole in Case No. F-4577-84.

2.    Petitioner was re-arrested on a parole violation warrant on or about August 13, 2008.

3.    Petitioner is awaiting a parole revocation hearing in Case No. F-4577-84.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

JOHN P. MANNARINO
Chief, Special Proceedings Division


_____/s/_____
T. ANTHONY QUINN
D.C. Bar No. 415-213
Assistant United States Attorney
555 Fourth Street, NW
Special Proceedings Division, Room 10-909
Washington, D.C.  20530
(202) 514-6807

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a copy of the foregoing to be served by U.S. Mail on petitioner, BARRY B. MARTIN, c/o Carolyn Payne, 2118 13TH Street, SE, Washington, D.C. 20020, and on BARRY B. MARTIN, DCDC # 213-260, D.C. JAIL, 1901 D Street, SE, Washington, DC 20003, on this 5th day of September, 2008.


_____/s/_____
Assistant United States Attorney